# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0830
LT Case No. 2024-CA-001038

_____

K.G., A CHILD, by and THROUGH
VICKI BANORES, as PARENT and
LEGAL GUARDIAN,

     Appellant,

     v.

FLORIDA INSURANCE GUARANTY
ASSOCIATION, INC.,

     Appellee.

_____

On appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Robert P. Major, Derrick S. Natal, and Jacob M. Schuster, of Ver Ploeg & Marino, P.A., Orlando, for Appellant.

Hinda Klein, of Conroy Simberg, Hollywood, for Appellee.

May 21, 2026

PER CURIAM.

     AFFIRMED. *See Aiello v. ASI Preferred Corp.*, 315 So. 3d 713 (Fla. 4th DCA 2021).

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————